IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No.  20-03067-01-CR-S-MDH |
| JOHRON SANKS, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the One Count Information filed on August 4, 2020 is now Accepted. The Defendant is Adjudged Guilty of such offense.

      /s/Douglas Harpool
      **DOUGLAS HARPOOL**
      **UNITED STATES DISTRICT JUDGE**

Date:   January 19, 2021